**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 4, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00448-CV

## IN RE CHARLES G. SHOOK, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
127th District Court
Harris County, Texas
Trial Court Cause No. 2015-28269

## MEMORANDUM OPINION

On May 19, 2015, relator Charles G. Shook filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to set aside certain portions of the May 15, 2015 temporary restraining order and the May 18, 2015 supplemental temporary restraining order.

On May 22, 2015, relator filed an unopposed motion to dismiss this original proceeding because the trial court entered an amended temporary restraining order on May 19, 2015. Relator's requested relief is moot, and the motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed. We also lift our stay entered on May 19, 2015.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.